IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS MOSS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 07-02140-JDB-dkv |
| v. | * | |
| | * | |
| SCHNUCK MARKETS, INC., | * | |
| | * | |
| Defendant. | * | |

JUDGMENT OF DISMISSAL

In accordance with the Stipulation to Dismissal With Prejudice filed by the parties on October 19, 2007, the complaint and all causes of action are hereby dismissed with prejudice, with any taxable costs assessed to defendant.

IT IS SO ORDERED AND ADJUDGED this 29th day of Oct., 2007.

s/Diane K. Vescovo
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE